# MINUTE ORDER



## Chief Magistrate Judge John J. O'Sullivan

**Atkins Building Courthouse - 5th Floor** Date: 9/6/2019 Time: 1:30 p.m.

Defendant: ABDUL-MAJEED MAROUF AHMED ALANI J#: 18349-104 Case #: 19-3419-MJ-O'SULLIVAN

AUSA: Maria Medetis Attorney: AFPD - Tony Natalie

Violation: WILLFULLY DAMAGING, DESTROYING, OR DISABLING AN AIRCRAFT IN THE SPECIAL AIRCRAFT JURISDICTION OF THE U.S. Surr/Arrest Date: 9/5/2019 YOB: 1959

Proceeding: Initial Appearance CJA Appt:

Bond/PTD Held: ○ Yes ○ No Recommended Bond:

Bond Set at: Co-signed by: ✓ emailed interp.

Language: *Arabic*

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary ______
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Disposition:

Δ sworn.
AFPD apptd.
If Δ's pay re-instated to file Ntc. w/ court.
Govt - ptd

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| (PTD)/Bond Hearing: | 9/11 | 10 AM | | |
| (Prelim/Arraign) or Removal: | 9/20 | 10 AM | | |
| Status Conference RE: | | | | |

D.A.R. 13:45:49 Time in Court: 8

s/John J. O'Sullivan Chief Magistrate Judge