UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:19-cr-20603-MGC

UNITED STATES OF AMERICA

v.

ABDUL-MAJEED MAROUF AHMED ALANI,
Defendant.
_______________________________________/

**NOTICE OF PERMANENT APPEARANCE**

COMES NOW, Jonathan Meltz of the Chapman Law Group who files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT, but not for appeal.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Respectfully submitted,

CHAPMAN LAW GROUP

/s/ *Jonathan Meltz*
Jonathan Meltz
FL Bar No.: 096504
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
jmeltz@chapmanlawgroup.com
T: (305) 712-7177

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

_______________________________
Defendant