UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20603-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABDUL-MAJEED MAROUF AHMED ALANI,

Defendant.
_______________________________________________/

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned, Assistant United States Attorney Nicole Grosnoff, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *_/s/ Nicole Grosnoff_*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089