CASE NO. 19-CR-20603-MGC-1

Flor Alani
14016 Sanctuary View Trail #200
Orlando, FL 32832

FILED BY ___ D.C.
JUL 22 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

July 20, 2020

To the Honorable Judge Marcia Cooke,

I am begging you with urgency, to please consider my husband Abdul Alani for home confinement, *at least* until he recovers from COVID-19.

He tested positive for Covid-19 this Saturday (July 18th) and started showing symptoms almost 3 weeks ago. His cough has worsened and has told me over the phone that he feels "breathless".

Your honor, I can not express in words how terribly scared I am for his life. Almost every year when my husband gets the flu or cold, it leads to bronchitis. With COVID, I'm afraid he will develop bronchitis or even pneumonia (which has happened before) and he will have *no* access to any medical attention or antibiotics.

On Saturday, July 18th, he was transferred to a new cell, and the staff member who transferred him took his Vitamins and Acetaminophen, leaving him with no medicine at all for his symptoms. In addition not even an Acetaminophen has been given to him for the uncomforts of the symptoms of Covid-19. I am no doctor, but I know when my husband is not well. And your honor, he sounds absolutely defeated and can barely speak.

I am begging you to please consider home confinement at least until he recovers. At home, I can provide him the nutrition he needs, the medical attention (at least have a phone call with Dr. On Demand) to order the medication or a respiratory ventilator that he needs. I don't want my husband to be another dead inmate. As of now, there is no consistent information or research to know that my husband can take care of himself. However, I do know the situation is getting worse and if he is home, we can at least control external variables that can be detrimental to his health (e.g. proper ventilation, nutrition, at home treatments, vitamins, support, etc.)

My husband has sacrificed his entire life for my kids, myself, and for others around him. He committed one crime during his entire life, and does not deserve to die for it. He is a father of four, a husband, a tax-payer for over 40 years, and worked 30+ years in the airline industry.

I am begging you to please consider home confinement as soon as possible for my husband, Abdul Alani. I am afraid time is running out.

Sincerely,
Flor Alani

PLEASE PRESS FIRMLY

Print postage online - Go to usps.

**EXPRESS MAIL** UNITED STATES POSTAL SERVICE

Place Mailing Label Here:

Flat Rate

7 5

U.S. POSTAGE PAID
PME 1-Day
ORLANDO, FL
32862
JUL 21, 20
AMOUNT
**$26.35**
R2305K135093-20

1007 33128

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 315 496 037 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (925) 350-1239

Sufian Alani
14016 Sanctuary View Trl #200
Orlando, FL 32832

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Judge Marcia G. Cooke
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Ave Room 11-2
Miami, FL

ZIP + 4® (U.S. ADDRESSES ONLY) 3 3 1 2 8 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 32862 | Scheduled Delivery Date (MM/DD/YY): 07-22-20 | Postage: $ | |
| Date Accepted (MM/DD/YY): 07-21-20 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:05 ☐ AM ☑ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 26.35 | |
| Weight: ☐ Flat Rate 2 lbs. 2 ozs. | Acceptance Employee Initials: ECG | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

...ally ...ions ...76A).

...ucts have been ...adle Certification℠ ...ntelligent design. ...go to

...certification mark of MBDC.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.