UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20603-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABDUL ALANI,

Defendant.
_______________________________________/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION**

Undersigned counsel, on behalf of Abdul Alani, respectfully requests until tomorrow, July 31, 2020, to reply to Government's Response [Sealed DE's 44, 45 or 46] to Defendant's Motion for Reconsideration [DE 43]. In support, counsel states the following:

1. Counsel is in the process of relocating her offices from Brickell Bay to Coral Gables. The timing of that move was unexpectedly advanced and counsel had to make arrangements to adhere to the sudden scheduling change.
2. Counsel expects to be settled enough to be able to complete the work on the Reply by tomorrow, July 31, 2020.
3. This motion is not intended to unduly prejudice either party.

4. Undersigned counsel contacted Assistant United States Attorney Randy Hummel via e-mail correspondence who expressed he has no objection to the extension requested.

WHEREFORE, undersigned counsel respectfully requests until July 31, 202 to reply to the government's response.

CELESTE SIBLESZ HIGGINS, ESQ.
/s/ *Celeste S. Higgins*
Florida Bar No. 909718
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Tel: (786) 643-8263
E-Mail: celeste@chigginslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Celeste S. Higgins*