UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20603-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABDUL ALANI,

Defendant.
_______________________________________/

**MOTION TO STRIKE DE 49**

Mr. Alani, through undersigned counsel, respectfully requests the court Strike Docket Entry 49 which contains confidential and personal information. The pleading will subsequently be filed under seal.

RESPECTFULLY SUBMITTED,

CELESTE SIBLESZ HIGGINS, ESQ.
/s/ *Celeste S. Higgins*
Florida Bar No. 909718
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Tel: (786) 643-8263
E-Mail: celeste@chigginslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner

specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Celeste S. Higgins*