**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20603-CR-COOKE**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**ABDUL-MAJEED MAROUF AHMED ALANI**,

Defendant.
_____________________________________________/

**ORDER**

THIS CAUSE came before the Court on Defendant, Abdul-Majeed Marouf Ahmed Alani's Motion for Reconsideration of Motion for Compassionate Release [ECF No. 43], filed on July 8, 2020; the Government's Motion to Seal [ECF No. 44], filed on July 23, 2020; and Defendant's Motion for Extension of Time [ECF No. 48], filed on July 30, 2020. As Defendant was released from custody on April 21, 2022, it is

**ORDERED AND ADJUDGED** that the Motions are **DENIED** as moot. Defendant's Motion to Strike [ECF No. 50], filed on July 31, 2020, is **GRANTED**. The Clerk shall remove docket entry number 49 from the publicly available docket.

**DONE AND ORDERED** in Miami, Florida, this 17th day of August, 2022.

Cecilia M. Altonaga
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record