UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20603-KMW

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ABDUL- MAJEED AHMED ALANI,
Defendant.
_______________________________/

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE OR ALTERNATIVELY MODIFIED CONDITIONS OF SUPERVISED RELEASE**

COMES NOW, the Defendant, Abdul-Majeed Ahmed Alani, by and through his undersigned counsel, and hereby moves for early termination of supervised release, or alternatively, modified conditions of supervised release, and states the following:

Under *Title 18, U S C Section 3583(e)(1),* the Court sentenced the Defendant to a term of 5 years of supervised release after his completion of a term of 37 months in the custody in the Bureau of Prisons [DE 35]. Mr. Alani then began his 5 years of supervised release on April 21, 2022. Id. As of September 21, 2024, Mr. Alani has served 29 months of his 60 month term of supervised release or approximately one-half.

His term of supervised release includes a restriction of the special condition that the Defendant not work "in any related concern" during the period of supervision. *Page 4 of JNC, DE 35*. He pleaded guilty to a single count of attempted destruction of an aircraft, in violation of 18 U.S.C 32(a)(1) and (a)(8).

The Southern District of Florida retained jurisdiction but transferred his supervision to the Middle District of Florida. The United Stated Probation Officer Karina Ortiz in the Middle District of Florida at the Orlando Office is currently supervising the Defendant and defers to the Court on both matters in this motion. The Defendant is compliant and takes care of his family per USPO Ortiz.

The Defendant is a skilled aircraft mechanic and has had job offers such as an Assembly Mechanic at SpiritAero in Wichita, Kansas, earning $55 per hour with benefits. See *Exhibit 1*. The USPO Ortiz told the defendant to submit his request to the Judge because special conditions of supervision state the following:

> 1. Related Concern Restriction- The defendant shall not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision;

His potential job description and duties for his new job would include: Drill out rivets, shoot rivets in skin panels, squeeze rivets common to interior structure, remove Hi locs, install Hi locs, preform cuts and splices, pull holes, oversize holes, layout holes by hand, ability to read and interpret drawings (blueprints), ability to

install freeze plugs, and install bushings. See *Exhibit 2.* Per Amreen Begum the recruiter, the Defendant will not have access to the aircraft. See *Exhibit 3.* Rather, he will assemble parts to be shipped. SpiritAero is not located at an airport. See *Exhibit 3*.

Undersigned counsel also contacted the AUSA about early termination of supervised release or starting a job with SpiritAero without the related concern restriction. No response to date.

The Spirit Aero offer has unfortunately expired, but the recruiters continue to have positions available and significant hourly rates.

The Defendant is moving for early termination of supervised release. There have been no issues with the Defendant while under supervision. Alternatively, the Defendant moves the Court to delete the first special condition listed above or perhaps amend it and allow "related concern" work where the defendant has no access to airplanes nor airports.

The Defendant has been living with his daughter in Orlando and his daughter has been providing financial assistance. She is paying for the apartment where they live in Orlando, Florida. She also provides support for utilities and daily needs. The Defendant has been working as a cook at McDonalds. The daughter has lost her job and can no longer support the defendant and herself. It is imperative that the Defendant gain better paying employment. He is currently making minimum wage at McDonalds. See *Exhibit* 4, letter of terence from his

daughter.

Because the defendant has had zero issues with supervised release, his daughter can longer support the household, and the defendant can gain much more lucrative employment, the Defendant moves Your Honor to terminate his supervised release early or alternatively delete his first special condition of supervised release by removing the “related concern” restriction or at a minimum, amend to allow “related concern” work without access to aircraft or airports.

It is noteworthy that the Defendant will still be restricted by special conditions number 2:

> Relinquishment of Licensure - Upon request of the appropriate regulatory agency, the defendant shall relinquish his/her license to said agency. The defendant is on notice that such relinquishment is permanent and will be considered disciplinary action.

Without Licensure, Mr. Alani cannot gain access to instruments and equipment critical to flight for commercial aircraft or aircraft, even after his term of supervised release has concluded. Hence this motion to work for suppliers to the commercial aircraft industry.

**<u>CERTIFICATE OF SERVICE AND CONFERENCE</u>**

I HEREBY CERTIFY that on this ___th day of September, 2024. I electronically filed a true and correct copy of the foregoing with the Clerk of Courts by using the CM/ECF system

with service to all parties of record. The AUSA did not respond.

Respectfully submitted,

Omar F. Guerra Johansson, P.A.
2962 Trivium Circle, Suite 208
Fort Lauderdale, Florida 33312
Tel.: 954.745.7517
office@Jloattorneys.com
omar@jloattorneys.com
By: Omar F. Guerra Johansson
Omar F. Guerra Johansson, Esq.
Florida Bar No. 18141

INDOTRONIX

Talent Delivered.

# OFFER LETTER

08/28/2023

Abdul Majeed Alani
Orlando, FL, United States, 32827
Orlando, Florida, 32827

We are delighted to offer you an appointment as a Assembly Mechanic at Indotronix International Corporation (hereafter referred to as "Indotronix"). You have been chosen after a very selective process from a pool of competent qualified candidates. Congratulations!

You shall be required to work on Indotronix projects at its facilities or at its client's site depending on project requirements as specified by our client. This offer is contingent upon availability of an assignment in addition to satisfactory completion of pre-employment verification activities which may include criminal background investigations and drug screening, as mandated by the client, and continued approval of any governmental agencies, including but not limited to US Citizenship and Immigration Services (USCIS).

Your compensation will be $55 per hour. In addition, you may be eligible for the following benefits:

- 401(k) plan participation
- Short Term Disability Insurance coverage
- Contributory participation in the company's Group Health Insurance plan

Benefit eligibility shall begin on the first of the month following the official start date of employment and shall terminate on the last day of employment.

A regular workweek consists of up to forty (40) hours. For certain client engagements, the regular work week could be less or more than 40 hours. Any client or engagement specific deviations from the standard forty (40) hour work week shall be communicated to you in writing before the start of the engagement. Prior approval by your client manager and/or your Indotronix manager is required for any overtime hours you are going to work. Failure to obtain prior approval of overtime hours will result in those hours not being compensable at the overtime rate. Overtime will be paid in accordance with federal and state laws. Indotronix will withhold all applicable federal, state and local taxes.

You will be entitled to receive your first paycheck only after we receive your first client-approved timesheet. Paychecks are issued on a biweekly basis, in accordance with the Indotronix payroll schedule. You will be required to submit a time sheet approved by your client or Indotronix manager at the end of each pay period.

You may be required to travel at times, on official purposes, depending on our client's requirement. You will be responsible for all travel arrangements. Indotronix will reimburse all client approved expenses upon submission of your expense report along with original receipts. Any client-approved expenses must also be submitted along with your time sheets.



EXHIBIT
tabbies
1

INDOTRONIX

Talent Delivered.

This letter is an offer of employment, not an agreement of employment. It is subject to execution (signature) of the Employment Agreement by both you and Indotronix. This offer of employment can be withdrawn at any time up until the date you are required to commence employment in the event of an unsatisfactory criminal background investigation, drug screening, loss of governmental approval to work in the United States or due to the non-availability of assignment at our client.

The procedures and policies of Indotronix are set forth in the Employee Handbook, a copy of which will be delivered to you after you sign this letter, the Employment Agreement, and return the signed copies of both documents to Indotronix. The handbook should answer any questions you may have about policies and procedures of the company, but not regarding benefits offered. If you need any further information, your Indotronix Account Manager or Indotronix Human Resources Manager will be happy to provide the same.

At all times during your employment, you are and shall be an "at-will" employee. The employment relationship between you and Indotronix may be terminated by Indotronix at any time and for any reason or for no reason. You are required to give Indotronix two (2) weeks prior notification of your intent to terminate your employment.

Indotronix will make best efforts to provide you with two (2) weeks prior notification of intent to terminate employment, provided the client provides Indotronix with such notification. In the event that the client does not provide Indotronix with two weeks prior notification, Indotronix will notify you of termination of employment as soon as it is practicable after being notified by client.

Please acknowledge your acceptance of this offer by signing this letter and returning it to Indotronix within 24 hours of receipt. We are pleased to welcome you as a prospective employee to our team of professionals. We hope to work with you soon and hope that you will find employment at Indotronix a rewarding experience.

**Signature:** [signature]
signed from IP : 34.120.244.71 on 08/28/2023 AbdulAlani

**Name:** Abdul Majeed Alani

**Date:** 08/28/2023

**Accepted, contingent upon fully executed contract of Employment Agreement by all parties.**

**Signature:** Signature

**Name:**

**Date:**

Document Report

# W2 Offer Letter - Biweekly

| | |
|---|---|
| Created: | 08/28/2023 |
| By: | Ramesh Subramanian |
| Status: | Responded |
| Transaction ID: | jkG+FNeFOdbsY2Dx5uvWYGZM9wYSKmciMPOZJuulDQs= |

## W2 Offer Letter - Biweekly History

**Document responded by AbdulAlani(aalani4@hotmail.com)**
08/28/2023 18:47 UTC- IP address: 35.191.17.127

**Document viewed by AbdulAlani(aalani4@hotmail.com)**
08/29/2023 23:10 UTC- IP address: 35.191.19.174

T-Mobile Wi-Fi 4:37 PM 92%

Photo Done

1. Drill out rivets
2. Shoot rivets in skin panels
3. Squeeze rivets common to interior structure
4. Remove Hi locs
5. Install Hi locs
6. Perform cut and splices
7. Pull holes
8. Oversize holes
9. Layout holes by hand
10. Ability to read and interpret drawings (blueprints)
11. Ability to install freeze plugs
12. Install bushings.

Regards,

**Amreen Begum**
**Talent Acquisition - Executive**
Direct -585-450-3317
Phone - 845-473-1137 X 8193
INDOTRONIX
Talent Delivered. | iic.com
Global Headquarters: 687 Lee Road, Suite 250, Rochester, N
14606 | USA • India • Canada
Find Us on LinkedIn

CONFIDENTIALITY NOTICE: The information contained in thi
mail, including any attachments, is privileged and/or confidenti
information for the use of the intended recipient only. If you are
the intended recipient of this e-mail, you are hereby notified tha
dissemination, distribution, or copying of this communication is
strictly prohibited. If you have received this e-mail in error, pleas
notify the sender immediately and delete all electronic copies o
message, including any attachments. If you have printed this e-
and/or any attachments, please destroy the physical c of t
documents.

EXHIBIT 2

T-Mobile Wi-Fi 3:34 PM

+1 (925) 305-3224

and text it to you soon

No problem. I'll review tomorrow.

Have a good night

SpiritAero
3801 S Oliver
Wichita,KS 67210
Position #1249381-
Assembly Mechanic.

Thank you
Good night

Yesterday 1:18 PM




iMessage

DEFENDANT'S EXHIBIT
3

tabbies

Jamila Alani
Orlando, FL 32827
June 25, 2024

Judge Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Dear Judge Williams,

I am writing to respectfully request the early termination of probation for my father, Abdul Alani. My father has consistently demonstrated his commitment to leading a law-abiding and positive life since his release from prison. I believe that, given his circumstances, he truly deserves this consideration.

Throughout his probation period, my father has maintained a spotless record. He has complied with all the terms and conditions of his probation, and he has developed a strong and respectful relationship with his probation officer. This reflects his genuine desire to reintegrate into society and contribute positively.

During his time in prison and probation, my father has endured significant personal losses. Two of his siblings have passed away, a fact that has weighed heavily on him. Currently, his eldest living sibling is 85 years old, and it is our deepest hope that he can spend what time remains with his family without the constraints of probation.

At the age of 65, my father yearns for the opportunity to live a peaceful and fulfilling life. He has demonstrated time and again his commitment to rehabilitation and deserves the chance to experience the remainder of his life free from the restrictions of probation. Our family believes that this will not only benefit his mental and emotional well-being but also allow him to contribute more fully to our community.

We humbly ask you to consider this request with compassion and understanding. We are more than willing to provide any additional information or support that may be required to assist in this decision. Thank you for your time and consideration.

Sincerely,

Jamila Alani

*Jamila Alani*

EXHIBIT
tabbies
4