UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20603-WILLIAMS

UNITED STATES OF AMERICA

vs.

ABDUL-MAJEED AHMED ALANI

Defendant.
_________________________________/

**ORDER DENYING MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

**THIS MATTER** came before the Court on Defendant's Motion for Early Termination of Supervised Release (DE 55). The Court has reviewed the record and Defendant's motion (DE 55). After considering the factors under 18 U.S.C. 3553(a), the Court finds that termination is not warranted, and it is not in the interests of justice to terminate the Defendant's term of supervision at this time. Therefore, it is:

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida this **7th** day of October 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record
USPO